# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Jason M. Jones                                                        Docket No. 5:11-CR-193-1

## Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason M. Jones, who, upon an earlier plea of guilty to Conspiracy to Defraud With Respect to Claims, in violation of 18 U.S.C. § 286, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2012, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall undergo placement in a residential reentry center for a period of 6 months as arranged by the probation office and shall abide by the conditions of that program during said placement.

2. The defendant shall pay a $65,253.88 restitution and a $100 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Jones is being supervised by the U.S. Probation Office, Southern District of Georgia (SDGA). As the court is aware, the defendant was ordered to abide by all conditions and terms of the community confinement program for a period not to exceed 6 months. On March 12, 2012, SDGA U.S. Probation Officer Samuel T. Akers notified the undersigned probation officer there is no community confinement program available in the immediate area. Consequently, it is respectfully recommended the conditions of probation be modified to include 6 months home detention, with electronic monitoring, in lieu of the 6-month community confinement placement ordered at sentencing. The Eastern District of North Carolina U.S. Probation Office concurs with this recommendation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic

Jason M. Jones
Docket No. 5:11-CR-193-1
Petition For Action
Page 2

      monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

2.     The 6-month home detention condition shall be in lieu of the community confinement placement originally ordered at sentencing.

      Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: March 27, 2012

## ORDER OF COURT

Considered and ordered this 27 day of March, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge